UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AL'FARO, | No. C 08-4295 SI (pr) |
|     Petitioner, | **ORDER SUBSTITUTING RESPONDENT** |
|     v. | |
| VINCE CULLEN, acting warden, | |
|     Respondent. | |

    The respondent listed on the petition for writ of habeas corpus in this action is an attorney who represented petitioner at some point in his state court criminal case. The rules governing relief under 28 U.S.C. § 2254 require a person in custody pursuant to the judgment of a state court to name the "state officer who has custody" of him. See Rule 2(a) of the Rules Governing Section 2254 Cases In The United States District Courts; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996). This person typically is the warden of the facility in which the petitioner is incarcerated. See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). To correct petitioner's mistake in naming an improper respondent, the court now sua sponte substitutes Vince Cullen, the acting warden of San Quentin State Prison, in as respondent in place of Pat Valencia. Valencia is dismissed from this action.

    IT IS SO ORDERED.

DATED: July 14, 2010

                                                        SUSAN ILLSTON
                                                        United States District Judge