UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL AL'FARO,

    Petitioner,

v.

VINCE CULLEN, acting warden,

    Respondent.
                           /

No. C 08-4295 SI (pr)

**JUDGMENT**

    This action is dismissed without prejudice to petitioner filing a new action after he exhausts state court remedies as to any claim cognizable in a federal habeas action..

IT IS SO ORDERED AND ADJUDGED.

DATED: November 10, 2010

                                              SUSAN ILLSTON
                                       United States District Judge